UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 18 2015

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 18 2015

CLERK

IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 15-1462 |
| Petitioner, |  |
| v. |  |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, |  |
| Respondent. |  |

**PETITION FOR REVIEW**

1. The Center for Biological Diversity ("Petitioner") seeks review by the United States Court of Appeals for the District of Columbia of the Environmental Protection Agency's ("EPA") failure to comply with the requirements of the Endangered Species Act, 16 U.S.C. §§ 1531- 1544, in registering for use the pesticide Cupron Cuprous Iodide Masterbatch, EPA Reg. Number: 84542-9 (label attached, dated October 6, 2015) and the active ingredient Cuprous Iodide, Docket #: EPA-HQ-OPP-2013-0433. The EPA issued the label to the registrant, Cupron,

1

Inc., on October 6, 2015. EPA has not, to date, published its registration decision to the public docket.

2. The EPA has violated the Endangered Species Act ("ESA") by failing to ensure that its registration of the active ingredient Cuprous Iodide and the product Cupron Cuprous Iodide Masterbatch would not jeopardize any listed species or destroy or adversely modify their critical habitat and by failing to consult with the U.S. Fish and Wildlife Service ("FWS") and the National Marine Fisheries Service ("NMFS"), in violation of 16 U.S.C. § 1536 (a)(2).

3. This petition is submitted pursuant to § 16(b) of FIFRA, 7 U.S.C. § 136n(b), which provides that "[i]n the case of actual controversy as to the validity of any order issued by the [EPA] Administrator following a public hearing, any person who will be adversely affected by such order and who had been a party to the proceedings may obtain judicial review by filing in the United States court of appeals for the circuit wherein such person resides or has a place of business, within 60 days after the entry of such order, a petition praying that the order be set aside in whole or in part."

4. Petitioner does not believe that EPA's violations of the Endangered Species Act, by failing to insure there is no jeopardy or destruction or adverse modification of critical habitat or to consult with FWS and NMFS regarding the effects of Cuprous Iodide alone and in combination with other ingredients, are a

2

challenge "as to the validity of any order of the Administrator following a public hearing" that is reviewed pursuant to 7 U.S.C. § 136n(b). Instead, Petitioner believes that EPA has violated Section 7 of the ESA, 16 U.S.C. § 1536(a)(2), by failing to consult with FWS and NMFS and that such violations are enforceable under the ESA's citizen-suit provision, 16 U.S.C. § 1540(g)(1)(A), which provides that the "district courts shall have jurisdiction ... to enforce any such provision or regulation." This petition is submitted as an appropriate protective measure to preserve Petitioner's claims because of the sixty-day time limit for appellate court jurisdiction and a pending appeal filed earlier this year regarding the same jurisdictional question under § 16 of FIFRA. *Ctr. for Biological Diversity v. EPA*, D.C. Cir. Case No. 15-5168 (filed June 11, 2015).[1] Petitioner will request to stay this Petition for Review pending the outcome of the D.C. Circuit lead case number 14-1036.

5. EPA's risk assessment for Cuprous Iodide found that this chemical will present in the form of copper and iodine ions and that copper is "very highly toxic" and has the potential to adversely affect several different taxonomic groups of ESA listed species. Petitioner and its members have invested considerable resources in the conservation and enjoyment of these and other imperiled species

---

[1] D.C. Circuit case number 15-5168 was recently consolidated with *Ctr. for Biological Diversity v. EPA*, D.C. Cir. Case No. 14-1036 (filed March 24, 2015), Doc. 1587271 (filed Dec. 7, 2015).

and their habitats, including protection of species and their habitats from major threats such as inappropriate pesticide use.

6. The Center for Biological Diversity is a non-profit, public interest corporation with over 50,000 members and offices in Washington, D.C., California and elsewhere in the United States. The Center for Biological Diversity and its members are dedicated to protecting diverse native species and habitats through science, policy, education, and environmental law. Recognizing that pesticides are one of the foremost threats to the earth's environment, biodiversity, and public health, the Center for Biological Diversity works to prevent and reduce the use of harmful pesticides and to promote sound conservation strategies.

7. Petitioner's members regularly enjoy and will continue to enjoy educational, recreational, and scientific activities involving native wildlife and their habitat. The aesthetic, recreational, and professional interests of Petitioner and its members in observing, studying, and otherwise enjoying wildlife and their habitat have been and will be harmed by the EPA's failure to comply with its procedural and substantive conservation obligations under the ESA. Declaratory and injunctive relief mandating that the EPA comply with its statutory obligations would redress Petitioner's injuries.

4

Respectfully submitted this 16th day of December, 2015.

*[signature]*

JONATHAN EVANS (DC Cir Bar # 53186)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
tel: (510) 844-7100 x318
fax: (510) 844-7150
jevans@biologicaldiversity.org

STEPHANIE M. PARENT (DC Cir Bar # 56357)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6404
fax: (503) 844-283-5528
sparent@biologicaldiversity.org

*Attorneys for Petitioner Center for Biological Diversity.*

UNITED STATES CIRCUIT COURTS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 18 2015

RECEIVED



15-1462

# ATTACHMENT

Notice of Pesticide Registration of Cupron Cuprous Iodide Masterbatch,
EPA Reg. No. 84542-9





| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Antimicrobials Division (7510P)<br>1200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20460 | EPA Reg. Number:<br>84542-9 | Date of Issuance:<br>10/6/15 |
|---|---|---|
| NOTICE OF PESTICIDE:<br>_X_ Registration<br>___ Reregistration<br>(under FIFRA, as amended) | Term of Issuance:<br>Unconditional | |
| | Name of Pesticide Product:<br>Cupron Cuprous Iodide Masterbatch | |

**Name and Address of Registrant (include ZIP Code):**

Cupron Inc.
800 East Leigh Street, Suite 123
Richmond, VA 23219

Note: Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Antimicrobials Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is unconditionally registered in accordance with FIFRA section 3(c)(7)(b) provided that you:

1. Submit and/or cite all data required for registration/reregistration/registration review of your product when the Agency requires all registrants of similar products to submit such data.

2. The data requirements for storage stability and corrosion characteristics (Guidelines 830.6317 and 830.6320) are not satisfied. A one year study is required to satisfy these data requirements. You have 18 months from the date of registration to provide these data.

**Signature of Approving Official:**

*Jacqueline Hardy* (signature)

Jacqueline Hardy, Product Manager 34
Regulatory Management Branch II,
Antimicrobials Division (7510P)

**Date:** 10/6/15

Registration Notice Unconditional v 20150320

3. Make the following label changes before you release the product for shipment:

    - Revise the EPA Registration Number to read, "EPA Reg. No. 84542-9."

4. Submit one copy of the revised final printed label for the record before you release the product for shipment.

Should you wish to add/retain a reference to the company's website on your label, then please be aware that the website becomes labeling under the Federal Insecticide Fungicide and Rodenticide Act and is subject to review by the Agency. If the website is false or misleading, the product would be misbranded and unlawful to sell or distribute under FIFRA section 12(a)(1)(E). 40 CFR 156.10(a)(5) list examples of statements EPA may consider false or misleading. In addition, regardless of whether a website is referenced on your product's label, claims made on the website may not substantially differ from those claims approved through the registration process. Therefore, should the Agency find or if it is brought to our attention that a website contains false or misleading statements or claims substantially differing from the EPA approved registration, the website will be referred to the EPA's Office of Enforcement and Compliance.

If these conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA section 6. Your release for shipment of the product constitutes acceptance of these conditions. A stamped copy of the label is enclosed for your records. Please also note that the record for this product currently contains the following CSFs:

- Basic CSF dated 02/02/2015
- Alternate CSF 1 dated 02/02/2015
- Alternate CSF 2 dated 02/02/2015

If you have any questions, please contact Tom Luminello by phone at (703) 308-8075, or via email at luminello.tom@epa.gov

Sincerely,

*Jacqueline Hardy*

Jacqueline Hardy, Product Manager (Team 34)
Regulatory Management Branch II
Antimicrobials Division (7510P)

Enclosure:   Stamped Accepted Label dated 10/5/2015

USCA Case #15-1462  Document #1590365  Filed: 12/18/2015

# Cupron Cuprous Iodide Masterbatch

**ACCEPTED**
**10/6/2015**
Under the Federal Insecticide, Fungicide and Rodenticide Act as amended, for the pesticide registered under
EPA Reg. No. **84542-9**

**Active Ingredient:**
**Cuprous Iodide** .................................................................................................................20%
**Other Ingredients**...............................................................................................................80%
                                                     **TOTAL** .......................100%

## KEEP OUT OF REACH OF CHILDREN

**CAUTION** -------------------------------------------------------------------- **PRECAUCION**
Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand this label, find someone to explain it to you in detail.)
See Below For Other Precautions.

**EPA Reg. No. 84542-**
**EPA Est. No.**

## FIRST AID

**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Have person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by a poison control center or doctor. Do not give anything by mouth to an unconscious person.

**IF INHALED:** Move person to fresh air. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably mouth to mouth if possible. Call a poison control center or doctor for further treatment advice.

Have the product container or label with you when calling a poison control center or doctor, or going for treatment. You may also contact the poison Control Center at 1-800-222-1222.

September 25, 2015

1

## PRECAUTIONARY STATEMENTS
## HAZARDS TO HUMANS & DOMESTIC ANIMALS

Caution. Harmful if swallowed or inhaled. Avoid breathing dust or vapor. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, using tobacco or using the toilet.

## ENVIRONMENTAL HAZARDS

This pesticide is toxic to fish and wildlife. Do not apply directly to water, or to areas where surface water is present or to inter-tidal areas below the mean high water mark. Runoff may be hazardous to aquatic organisms in neighboring areas. Do not contaminate water when disposing of equipment wash waters. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, oceans, or other waters unless in accordance with the requirements of a National Pollutant Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously notifying the local sewage treatment plant authority. For guidance contact your State Water Board or Regional Office of the EPA.

## DIRECTIONS FOR USE

**It is a violation of Federal law to use this product in a manner inconsistent with its labeling.**

Cupron Cuprous Iodide Masterbatch is an antimicrobial additive to be used by compounding for manufacturing use. The masterbatch is to be incorporated into polymeric materials during the manufacturing process to impart antimicrobial activity to the manufactured products. The polymeric materials are to be used in the manufacturing process as final articles or as a material incorporated into final articles. Cupron Cuprous Iodide Masterbatch suppresses the growth of algae, mold, mildew, fungi and bacteria which causes unpleasant odors, discoloration, staining, deterioration or corrosion. The Cupron Cuprous Iodide Masterbatch provides antimicrobial protection to the final articles identified on this label. Manufactured products using Cupron Cuprous Iodide Masterbatch may not make any public health claims relating to antimicrobial activity without first obtaining an EPA registration for the manufactured product. When incorporated into treated articles, this product does not protect users of any such treated article or others against food borne or disease causing bacteria, viruses, germs or other disease causing organisms.

**IMPORTANT!** Read precautionary statements before using this product.

This product is for use in materials that are incorporated into manufactured products listed below.

**September 25, 2015**

**Fibers: The final article is to contain from 0.2% to 25% Cupron Cuprous Iodide Masterbatch by weight. Final concentration of 0.04 to 5% Active.** Household items, bedding, mattress cover pads and filling, pillow covers, sheets, blankets, fiberfill for quilts and pillows, table cloths, napkins, wiping cloths, mops, towels, vacuum cleaner bags, cushion pads, sleeping bags, brush bristles, air and dust filters, book covers, curtains, draperies, upholstery, wall covering fabrics, carpet underlay, carpet backing, conveyor belts that do not come in contact with any type of food, automotive and truck upholstery, automotive and truck carpeting and interior liners, apparel, outerwear, uniforms, coats, aprons, sportswear, sleepwear, stockings, socks, hosiery, caps, undergarments (undershirts, underwear, bras, thermal underwear), inner liners for jackets, shoes, gloves and helmets, sails, ropes, canvas, ducking, awnings, umbrellas.

**Floor coverings: The final article is to contain from 0.2% to 25% Cupron Cuprous Iodide Masterbatch by weight. Final concentration of 0.04 to 5% Active.** : Carpets, rugs, mats, and broadloom and tile carpeting.

**Plastics and films: The final article is to contain from 0.2% to 25% Cupron Cuprous Iodide Masterbatch by weight. Final concentration of 0.04 to 5% Active** : Automotive and vehicular parts; brush handles; building materials and components (excluding shingles), wood and non-food contact plastic composites; conveyor belts that do not come in contact with any type of food; floor covering; flooring; footwear including boots; furniture; gaskets; glazing for cement tile, and for toilets, indoor furniture; insulation for wire and cable; insulators; kitchen and bathroom hardware; liners; mats; mops; natural and synthetic fibers and fabrics; non-woven fabrics;, plumbing supplies and fixtures; shower curtains, sinks, indoor sports equipment, tape, tiles, tubing, vacuum cleaner bags, wallboard, walls, waste containers. Personal hygiene devices such as combs, brushes, hairclips.
**Do not use as a coating, film or laminate on any other product than those listed on this label. Do not use in/on products specifically designed for outdoor use only.**

September 25, 2015

3

## STORAGE AND DISPOSAL

**PESTICIDE STORAGE:** Store in safe manner. Store in original container only. Store in cool, dry place. Storing product at temperatures below -30 °F and above 200 °F is not recommended. Keep container tightly closed when not in use. Reduce stacking height where local conditions, such as humidity or pallet overhang, can affect package strength. Do not store under conditions which might adversely affect the container or its ability to function properly. Such conditions include, but are not limited to, positioning of the container in storage, storage temperature, potential for crushing or damage due to stacking, and penetration of moisture.

**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture, or rinsate is a violation of Federal law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste representative at the nearest EPA Regional Office for guidance. Open dumping is prohibited.

**CONTAINER DISPOSAL:** Non-refillable container. Do not reuse or refill this container. Clean container promptly after emptying. Triple rinse as follow: Empty the remaining contents into application equipment or a mix tank. Fill the container ¼ full with water and recap. Shake for 10 seconds. Pour rinsate into application equipment or a mix tank or store rinsate for later use or disposal. Drain for 10 seconds after the flow begins to drip. Repeat this procedure two more times. Offer for recycling if possible. If recycling is not possible, dispose of empty container in a sanitary landfill or by incineration, or, if allowed by State and local authorities, by burning. If burned, stay out of smoke.

## WARRANTY

To the extent consistent with applicable Law, Cupron Inc. makes no other warranties, express or implied, of merchantability or of fitness for a particular purpose or otherwise, that extend beyond the statements made on this label. No agent of Cupron Inc. is authorized to make any warranties beyond those contained herein or to modify the warranties contained herein. To the extent consistent with applicable law, Cupron Inc. disclaims any liability whatsoever for special, incidental or consequential damages resulting from the use or handling of this product.

**Manufactured by**
**Cupron Inc.**
**800 East Leigh Street, Suite 123**
**Richmond VA 23219**
1-804-212-1716
Net Contents: XXX
Batch Code:

**September 25, 2015**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 18 2015

**RECEIVED**

USCA Case #15-1462    Document #1590365    Filed: 12/18/2015    Page 13 of 16

IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Respondent. | No. 15-1462 |

ORIGINAL

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, Petitioner makes the following disclosure:

**Center for Biological Diversity**: Center for Biological Diversity has no parent companies, and no publicly held company has a ten percent or greater ownership interest in Center for Biological Diversity.

1

Center for Biological Diversity, a corporation organized and existing under the laws of the State of California, is a national non-profit organization dedicated to the protection and enjoyment of the environment.

Respectfully submitted this 16th day of December, 2015.

JONATHAN EVANS (DC Cir Bar # 53186)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
tel: (510) 844-7100 x318
fax: (510) 844-7150
jevans@biologicaldiversity.org

STEPHANIE M. PARENT (DC Cir Bar # 56357)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6404
fax: (503) 844-283-5528
sparent@biologicaldiversity.org

*Attorneys for Petitioner Center for Biological Diversity.*

2

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 18 2015

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 18 2015

CLERK

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and not a party to this proceeding. On December 18, 2015 I served the foregoing Petition for Review and Rule 26.1 Disclosure Statement on respondents by sending a copy via First Class Mail to each of the following addresses:

> Gina McCarthy
> EPA Headquarters 1101A
> United States Environmental Protection Agency
> William Jefferson Clinton Federal Building
> 1200 Pennsylvania Avenue, NW
> Washington, DC 20460
>
> Loretta E. Lynch
> Attorney General
> US Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> Correspondence Control Unit
> Office of General Counsel (2311)
> United States Environmental Protection Agency
> 1200 Pennsylvania Avenue, NW
> Washington, DC 20460
>
> Karl Racine
> Washington, DC Attorney General
> Office of the Attorney General
> 441 — 4th Street NW
> Washington, DC 20001-2714

My business address is listed below. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature: Russell Howze]*

Russell Howze
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
tel: (510) 844-7100 x306
fax: (510) 844-7150
rhowze@biologicaldiversity.org