# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 15-1462**　　　　　　　　　　　　　　**September Term, 2022**

EPA-Reg. No. 84542-9

**Filed On: February 14, 2023** [1985974]

Center for Biological Diversity,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

## **M A N D A T E**

    In accordance with the judgment of December 23, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the judgment filed December 23, 2022